IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ADRIAN CORNELIUS BRANHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-099 |
| | ) | (Formerly CR 107-001) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's § 2255 Petition is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September, 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA